UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON<br>DEPARTMENT OF SOCIAL AND<br>HEALTH SERVICES,<br><br>        Defendant. | Case No.  C13-1036RSL<br><br>ORDER TO SHOW CAUSE |

On June 17, 2013, plaintiff filed an application to proceed *in forma pauperis* and a complaint (Dkt. # 1).  The Honorable Brian A. Tsuchida, United States Magistrate Judge, granted plaintiff's motion to proceed *in forma pauperis* on June 18, 2013.  Dkt. # 3.  The Court, having reviewed the record as a whole under the standards articulated in 28 U.S.C. § 1915(e)(2), finds as follows:

Pursuant to Fed. R. Civ. P. 8(a), the document which sets forth a claim for relief at the beginning of a case must contain "(1) a short and plain statement of the grounds upon which the court's jurisdiction depends . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks."  Plaintiff's complaint does not satisfy the first two requirements.  Although plaintiff requests that the court "grant [him] [his] physical condition paperwork not mental condition" and award him $36,000,000 in damages, his complaint contains no statements related to jurisdiction and no statement of facts

ORDER TO SHOW CAUSE - 1

showing how plaintiff might be entitled to relief against Washington State Department of Social and Health Services. The Court is therefore unable to ascertain whether federal jurisdiction over this matter exists or whether plaintiff can state a claim upon which relief can be granted.

Plaintiff shall, within thirty (30) days of the date of this Order, file a complaint which satisfies the requirements of Fed. R. Civ. P. 8(a), establishes this Court's jurisdiction under either 28 U.S.C. § 1331 or 28 U.S.C. § 1332, and states a claim upon which relief can be granted by this Court. If an acceptable complaint is not filed within the time proscribed, this action will be dismissed without prejudice. The Clerk of Court is directed to send a copy of this Order to plaintiff and to note this Order to Show Cause on the Court's calendar for July 22, 2013.

DATED this 19th day of June, 2013.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2